# EXHIBIT B

# PRETTY GIRL OF FORDHAM ROAD CORP.
## 2 Week Cash Budget
### June 8 through July 7, 2017

|  | Jun 8 | Jun 15 | TOTAL |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
|   **Income** | | | |
|     4000 · Sales | 70,000.00 | 77,500.00 | 147,500.00 |
|   **Total Income** | 70,000.00 | 77,500.00 | 147,500.00 |
|   **Cost of Goods Sold** | | | |
|     5000 · Purchases | 33,250.00 | 36,812.50 | 70,062.50 |
|   **Total COGS** | 33,250.00 | 36,812.50 | 70,062.50 |
|   **Gross Profit** | 36,750.00 | 40,687.50 | 77,437.50 |
|   **Expense** | | | |
|     6110 · Salaries & Wages | 0.00 | 22,125.00 | 22,125.00 |
|     6150 · Payroll Taxes | 0.00 | 2,832.00 | 2,832.00 |
|     6170 · Management Fee | 3,500.00 | 3,875.00 | 7,375.00 |
|     6210 · Rent Expense | | | |
|     6220 · Utilities | 4,100.00 | 0.00 | 4,100.00 |
|     6230 · Telephone | 175.68 | 0.00 | 175.68 |
|     6240 · Carting Expense | 0.00 | 0.00 | 0.00 |
|     6250 · Security Alarm | 0.00 | 0.00 | 0.00 |
|     6260 · Repairs and Maintenance | 0.00 | 0.00 | 0.00 |
|     6310 · Store Supplies | 415.00 | 100.00 | 515.00 |
|     6410 · Merchant Fees | 53.19 | 1,780.08 | 1,833.27 |
|     7100 · Office Supplies & Expense | | | |
|       7102 · Bank Service Charges | 370.27 | 0.00 | 370.27 |
|     Total 7100 · Office Supplies & Expense | 370.27 | 0.00 | 370.27 |
|     7210 · Insurance | | | |
|       6160 · NY Disability Insurance | -46.90 | -22.80 | -69.70 |
|       7211 · Workers' Compensation | 998.83 | 0.00 | 998.83 |
|       7212 · Liability Insurance | 751.66 | 0.00 | 751.66 |
|     Total 7210 · Insurance | 1,703.59 | -22.80 | 1,680.79 |
|   **Total Expense** | 10,317.73 | 30,689.28 | 41,007.01 |
| **Net Ordinary Income** | 26,432.27 | 9,998.22 | 36,430.49 |
| **Net Income** | **26,432.27** | **9,998.22** | **36,430.49** |