**LAMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
David A. Blansky, Esq.
*Attorneys for Salvatore LaMonica, Esq., The Chapter 7 Trustee*
*of the Estate of Pretty Girl, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

PRETTY GIRL OF FORDHAM ROAD CORP.,

               Debtor.
-----------------------------------------------------------------x

Chapter 11
Case No. 17-11600-SHL

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NASSAU    )

      ROSA R. LELLA, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, NY.

      On June 12, 2017, deponent served the **Notice of Appearance And Demand For Service of Papers** by First-Class Mail upon the attorneys/parties listed below at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

To:    Alice Pin-Lan Ko, Esq.
       ROSEN & ASSOCIATES, P.C.
       747 Third Avenue
       New York, NY 10017
       *Attorneys for Pretty Girl of Fordham Road Corp.*

       Office of the United States Trustee
       U.S. Federal Office Building
       201 Varick Street, Room 1006
       New York, NY 10014-9449

                                                    *s/Rosa R. Lella*
                                                    ROSA R. LELLA

Sworn to before me this
14th day of June 2017

*s/ Angela Colucci*
Angela Colucci
Notary Public, State of New York
No. 4674875
Qualified in Nassau County
Commission Expires July 31, 2018

*M:\Documents\Company\Cases\Pretty Girl\Pretty Girl of Fordham Road Corp\aos ~ Notice of Appearance-Pretty Girl of Fordham.docx*