**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                                                                  Chapter 11

PRETTY GIRL OF FORDHAM ROAD CORP.                    Case No. 17-11600 (SHL)
d/b/a PRETTY GIRL,

                                      Debtor.
-------------------------------------------------------------x

## THIRD INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

On June 9, 2017, Pretty Girl of Fordham Road Corp. d/b/a Pretty Girl, the above-captioned debtor and debtor in possession (the "**Debtor**"), filed the Motion of the Debtor and Debtor in Possession for Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, and (III) Scheduling a Final Hearing on the Motion (the "**Motion**").[1]

On June 14, 2017, the Court entered the Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, and (III) Scheduling a Final Hearing on the Motion (the "**Interim Order**").

The Interim Order scheduled a final hearing (the "**Final Hearing**") for June 26, 2017 to consider granting the Motion on a final basis.

On June 23, 2017, the Court entered the Second Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection, which authorized the Debtor to continue to use Cash Collateral through July 11, 2017 and adjourned the Final Hearing to July 11, 2017.

---

[1] Capitalized terms used herein, but not defined herein, shall have the meanings ascribed to them in the Motion.

The Debtor, Chase, and the City have mutually agreed to further adjourn the Final Hearing to July 26, 2017, and Chase and the City have consented to the Debtor's use of Cash Collateral through and including July 26, 2017.

Based upon the entire record before the Court and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Subject to the same terms, conditions, and limitations contained in the Interim Order, the Debtor is authorized to continue to use Cash Collateral through and including July 26, 2011; provided, however, that the budget annexed hereto as Exhibit "A" shall control for the period July 12, 2017 through and including July 26, 2017.

2. The Final Hearing on the Debtor's Motion is scheduled for **July 26, 2017 at 11:00 a.m. (prevailing Eastern Time)** before this Court.

3. Any objections to the entry of a Final Order shall be filed with the Court and served on the notice parties as provided in the Interim Order so as to be **<u>received no later than July 20, 2017</u>**.

4. To the extent not expressly amended or modified by the terms of this Order, all other provisions of the Interim Order shall remain in full force and effect.

5. Within one business day of the entry of this Third Interim Order, the Debtor shall serve by regular first-class mail, postage pre-paid, a copy of this Third Interim Order on: (a) counsel for Chase, Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP, 475 Park Avenue South, New York, NY 10022, Attn.: Clifford A. Katz, Esq.; (b) counsel for the City, Leopold, Gross & Sommers, P.C., 16 Court Street, Ste. 1903, Brooklyn, NY 11241, Attn.: Paul R. Gross, Esq.; (c) William K. Harrington, United States Trustee for Region 2, 201 Varick Street, New York, NY 10014, Attn.: Andrea B. Schwartz, Esq.; (d) the Debtor's 20 largest

unsecured creditors; (e) any official committee of unsecured creditors appointed in this case; and (f) all persons who have filed a request for notice and service of papers in this case.

Dated:  New York, New York
      July 11, 2017

                                              */s/ Sean H. Lane*
                                              UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

Pretty Girl Of Fordham Road Corp.
## Projected Cash Flow

|  | Week of Jul 9, 17 | Week of Jul 16, 17 | Week of Jul 23, 17 | TOTAL |
|---|---:|---:|---:|---:|
| **Ordinary Income/Expense** | | | | |
|   **Income** | | | | |
|     4000 · Sales | 74,218.28 | 70,591.68 | 68,245.81 | 213,055.77 |
|   **Total Income** | 74,218.28 | 70,591.68 | 68,245.81 | 213,055.77 |
|   **Cost of Goods Sold** | | | | |
|     5000 · Purchases | 30,429.49 | 28,942.59 | 27,980.78 | 87,352.87 |
|   **Total COGS** | 30,429.49 | 28,942.59 | 27,980.78 | 87,352.87 |
|   **Gross Profit** | 43,788.79 | 41,649.09 | 40,265.03 | 125,702.90 |
|   **Expense** | | | | |
|     6110 · Salaries & Wages | 14,932.30 | 0.00 | 19,437.25 | 34,369.55 |
|     6150 · Payroll Taxes | 1,717.21 | 0.00 | 2,235.28 | 3,952.50 |
|     6130 · Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 |
|     6210 · Rent Expense | 0.00 | 0.00 | 0.00 | 0.00 |
|     6220 · Utilities | 0.00 | 0.00 | 2,360.24 | 2,360.24 |
|     6230 · Telephone | 187.85 | 0.00 | 0.00 | 187.85 |
|     6240 · Carting Expense | 0.00 | 0.00 | 0.00 | 0.00 |
|     6250 · Security Alarm | 146.98 | 0.00 | 0.00 | 146.98 |
|     6260 · Repairs and Maintenance | 0.00 | 0.00 | 0.00 | 0.00 |
|     6310 · Store Supplies | 50.00 | 50.00 | 50.00 | 150.00 |
|     6320 · Fines & Penalties | 0.00 | 0.00 | 0.00 | 0.00 |
|     6410 · Merchant Fees | 0.00 | 0.00 | 0.00 | 0.00 |
|     7100 · Office Supplies & Expense | 0.00 | 0.00 | 0.00 | 0.00 |
|     7210 · Insurance | 832.73 | 0.00 | 288.89 | 1,121.62 |
|     6170 · Management Fee | 0.00 | 0.00 | 0.00 | 0.00 |
|   **Total Expense** | 17,867.07 | 50.00 | 24,371.66 | 42,288.73 |
| **Net Ordinary Income** | 25,921.71 | 41,599.09 | 15,893.37 | 83,414.17 |
| **Net Income** | **25,921.71** | **41,599.09** | **15,893.37** | **83,414.17** |